Appeal of THE EQUITABLE TRUST    Docket No. 1116.
COMPANY OF NEW YORK,
as Executor of the Estate of
William H. Picken, deceased.

Submitted February 5, 1925; decided February 10, 1925.

*W. Daly, Esq.*, for the taxpayer.

*L. C. Mitchell, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before IVINS, KORNER, and MARQUETTE.

The taxpayer appealed from a deficiency in estate tax determined by the Commissioner and of which it was notified by a registered deficiency letter dated December 3, 1924.

At the hearing counsel presented a stipulation by which the parties agreed that the Board shall determine the deficiency in the sum of $60.27, upon which the Board hereby makes the following

DECISION.

The deficiency is determined to be $60.27 and the remainder of the deficiency determined by the Commissioner is disallowed.